FILED
3/27/2015 1:09:43 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Maria Jackson

CAUSE NO. **2015CI05178**

| | | |
|---|---|---|
| **XENEX DISINFECTION SERVICES LLC,** § § § *Plaintiff* § § § **v.** § § § **THE CLOROX COMPANY,** § *Defendant.* § | | IN THE DISTRICT COURT<br><br>**150** JUDICIAL DISTRICT<br><br>BEXAR COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

Plaintiff XENEX DISINFECTION SERVICES LLC, for cause of action against Defendant THE CLOROX COMPANY alleges as follows:

### I.
### DISCOVERY CONTROL PLAN

1. Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery in this case under Level 2.

### II.
### PARTIES

2. Plaintiff XENEX DISINFECTION SERVICES LLC ("Xenex") is a Texas limited liability company.

3. Defendant THE CLOROX COMPANY ("Clorox" or "Defendant") is a Delaware corporation with its corporate offices and headquarters located at 1221 Broadway, Oakland, California 94612, that may be served via its registered agent for service of process, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware 19801 and phone number (302) 658-7581.

EXHIBIT A

{W0652092.3}

## III.
## JURISDICTION AND VENUE

4. This Court has personal jurisdiction over Defendant, and the amount in controversy in this matter exceeds the minimum jurisdictional limits of this Court. Defendant is authorized to conduct business in Texas and markets its products for sale in Texas

5. Venue is proper in Bexar County pursuant to §15.002(1) and/or 15.002(4) of the Texas Civil Practice and Remedies Code because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Bexar County and/or Plaintiff's principal office was located in Bexar County at the time its cause of action accrued, and Defendant does not reside in Texas or maintain a principal office in Texas.

## IV.
## FACTS IN SUPPORT OF ALL CLAIMS

6. Xenex is engaged in interstate commerce in the production and sale of proprietary ultraviolet hospital disinfection equipment. Defendant is a competitor engaged in interstate commerce in the manufacture and/or sale of hospital disinfection products. Defendant sells a UV device that competes with the Xenex device. Defendant's device uses bulbs that contain up to 20 mg of mercury per lamp as published on Defendant's website.

7. Xenex's website contains accurate statements of fact and/or opinion to the effect that (i) the EPA defines mercury as a toxic pollutant; (ii) the Xenex bulb contains no toxic mercury, but rather contains environmentally friendly xenon gas and does not require special handling or disposal; (iii) all UV competitors use bulbs that contain mercury which requires special handling incident to bulb breakage; (iv) depending upon the amount of mercury present in a mercury bulb, special disposal requirements may apply under federal and state regulations; and (v) the Xenex device is faster than mercury devices. Defendant contends that Xenex is making false or misleading descriptions of fact and/or false or misleading representations of fact

{W0652092.3}

in connection with the commercial advertising or promotion of its product and/or that Xenex's marketing statements violate the Lanham Act pursuant to USCA § 1125, and/or violate other law. Xenex contends that the marketing statements at issue are accurate statements of fact or statements of opinion protected by the First Amendment to the United States Constitution.

## V.
## CLAIM FOR DECLARATORY RELIEF

8. Xenex realleges and incorporates herein by reference the allegations in paragraphs 1-7 above.

9. The dispute between Xenex and Defendant is damaging Xenex by causing uncertainty with respect to its rights with respect to the marketing and advertising of its product, and/or uncertainty about alleged claims for damages by Defendant relating to Xenex's future marketing and advertising.

10. A declaratory judgment from this Court pursuant to Chapter 37 of the Texas Civil Practice and Remedies Code would terminate the controversy giving rise to this action.

11. Xenex alleges that it is entitled to a judgment from this Court declaring that Xenex's website statements at issue in this suit are truthful and accurate statements of fact or statements of opinion that are not prohibited by the Lanham Act or otherwise prohibited by law, and/or that such statements are protected commercial speech pursuant to the First Amendment to the United States Constitution.

## VI.
## ATTORNEYS' FEES

12. Xenex is entitled to and requests an award of court costs and reasonable and necessary attorneys' fees against Defendant pursuant to TEX. CIV. PRAC. & REM. CODE Chapter 37.

## VII.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff asks that Defendant be cited to appear, and that the Court enter a judgment against Defendant and awarding Plaintiff (1) the declaratory relief requested above; (2) costs; (3) reasonable and necessary attorneys' fees; and (4) all other relief the court deems appropriate.

Respectfully submitted,

_____
**J. BRUCE SCRAFFORD**
State Bar No. 17931100
bscrafford@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300 – telephone
(512) 435-2360 – facsimile

**ATTORNEYS FOR PLAINTIFF**

{W0652092.3}

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____     COURT *(FOR CLERK USE ONLY):* _____

STYLED Xenex Disinfection Services LLC v. The Clorox Company
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| Name: J. Bruce Scrafford | Email: bscrafford@abaustin.com | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Address: 100 Congress Ave., #1300 | Telephone: (512) 435-2300 | Plaintiff(s)/Petitioner(s): Xenex Disinfection Services LLC | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| City/State/Zip: Austin, Texas 78701 | Fax: (512) 435-2360 | Defendant(s)/Respondent(s): The Clorox Company | Additional Parties in Child Support Case:<br>Custodial Parent:<br>Non-Custodial Parent: |
| Signature: /s/ | State Bar No: 17931100 | [Attach additional page as necessary to list all parties] | Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract — Debt/Contract**
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract:

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability
- ☐ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product:
- ☐ Other Injury or Damage:

**Real Property**
- ☐ Eminent Domain/Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other:

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment:

**Other Civil**
- ☐ Administrative Appeal
- ☒ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other:

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

### Tax
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings

- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☒ Less than $100,000 and non-monetary relief
- ☐ Over $100,000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

FILED
4/13/2015 11:46:52 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Brenda Carrillo

CITCML/SAC3



Cause Number: 2015CI05178

District Court: 150

# Donna Kay M<sup>c</sup>Kinney
## Bexar County District Clerk

## Request for Process

**Style:** Xenex Disinfection Services LLC        **Vs.** The Clorox Company

**Request the following process:** (Please check all that Apply)
☒ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Temporary Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept with*out* a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
**Name:** The Clorox Company
**Registered Agent/By Serving:** The Corporation Trust Company
**Address** 1209 Orange Street (The Corporation Trust Center), Wilmington, New Castle County, Delaware 19801
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Publication* (Check One) ☐ *Commercial Recorder* ☐ *Hart Beat* ☐ *Courthouse Door* ☒ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Commissioner of Insurance*

**2.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Publication* (Check One) ☐ *Commercial Recorder* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Commissioner of Insurance*

**3.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Publication* (Check One) ☐ *Commercial Recorder* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Commissioner of Insurance*

**4.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Publication* (Check One) ☐ *Commercial Recorder* ☐ *Hart Beat* ☐ *Courthouse Door* ☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Commissioner of Insurance*

**Title of Document/Pleading to be Attached to Process:** Plaintiff's Original Petition

**Name of Attorney/Pro se:** J. Bruce Scrafford        **Bar Number:** 17931100
**Address:** 100 Congress Avenue, Suite 1300        **Phone Number:** (512) 435-2300
Austin, Texas 78701

**Attorney for Plaintiff** X _____   **Defendant** _____   **Other** _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

CERTIFIED MAIL #70132250000048116886  **Case Number: 2015-CI-05178**

2015CI05178 S00001

**XENEX DISINFECTION SERVICES LLC**
*Plaintiff*
vs.
**THE CLOROX COMPANY**
*Defendant*
(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
150th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

**DIRECTED TO:** THE CLOROX COMPANY

BY SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801-1120

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 27th day of March, 2015.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 14TH DAY OF APRIL A.D., 2015.

PETITION

J BRUCE SCRAFFORD
ATTORNEY FOR PLAINTIFF
100 CONGRESS AVE 1300
AUSTIN, TX 78701-4072



**Donna Kay McKinney**
**Bexar County District Clerk**
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Monica Hernandez*, Deputy

---

Officer's Return

Came to hand on the 14th day of April 2015, A.D., at 4:19 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the ____ day of _____, A.D., 20___, by delivering to _____ a true copy of this Citation, upon which I endorse the date of delivery, together with the accompanying copy of the PETITION

Cause of failure to execute this Citation is _____.

**Donna Kay McKinney**
Clerk of the District Courts of
Bexar County, Texas

By: *Monica Hernandez*, Deputy

FILE COPY (DK003)

DOCUMENT SCANNED AS FILED