IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| XENEX DISINFECTION SERVICES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-15-CA-407-FB |
| | § | |
| THE CLOROX COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME**

Before the Court is the Joint Motion to Extend Time to Answer filed June 22, 2015 (docket #8). The parties ask that the deadline for defendant to answer or otherwise respond to plaintiff's original petition be extended by 30 days, from June 25, 2015, to July 27, 2015, to allow the parties to continue discussion of a possible resolution of the dispute with disruption of that process. The Court finds the joint motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Extend Time to Answer (docket #8) is GRANTED such that defendant The Clorox Company has until **Monday, July 27, 2015,** to answer, move, or otherwise respond to Plaintiff's Original Petition filed in state court on March 27, 2015, and removed to this Court on May 18, 2015.

It is so ORDERED.

SIGNED this 24th day of June, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE