IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| XENEX DISINFECTION SERVICES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-15-CA-407-FB |
| | § | |
| THE CLOROX COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER**

Before the Court is the Motion to Extend Time to Answer filed July 24, 2015 (docket #10). The defendant asks that its deadline to answer or otherwise respond to plaintiff's original petition be extended an additional 30 days, from July 27, 2015, to August 26, 2015, to allow the parties to continue discussion of a possible resolution of the dispute, which now is in the form of a draft settlement agreement, without disruption of that process so plaintiff may continue to evaluate the terms and conditions of the proposed settlement. The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Motion to Extend Time to Answer (docket #10) is GRANTED such that defendant The Clorox Company has until **Wednesday, August 26, 2015,** to answer, move, or otherwise respond to Plaintiff's Original Petition filed in state court on March 27, 2015, and removed to this Court on May 18, 2015.

It is so ORDERED.

SIGNED this 27th day of July, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE